AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Dounya Zayer )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 20cv6070
CITY OF NEW YORK, NYPD, OFFICER VINCENT )
D'ANDRAIA, individually and in official capacity, )
DEPUTY INSPECTOR CRAIG EDELMAN, )
individually and in his official capacity, JOHN AND )
JANE DOES 1-10, individually and in their official )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The CITY OF NEW YORK, NYPD-100 Church Street, NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Aboushi Law Firm PLLC, 1441 Boradway, Ste 5036, NY, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/14/2020

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Dounya Zayer | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20cv6070 |
| CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICER VINCENT D'ANDRAIA, individually and in official capacity, One Police Plaza, New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Aboushi Law Firm PLLC, 1441 Boradway, Ste 5036, NY, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 12/14/2020

DOUGLAS C. PALMER
*CLERK OF COURT*

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

Dounya Zayer )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 20cv6070
CITY OF NEW YORK, NYPD, OFFICER VINCENT )
D'ANDRAIA, individually and in official capacity, )
DEPUTY INSPECTOR CRAIG EDELMAN, )
individually and in his official capacity, JOHN AND )
JANE DOES 1-10, individually and in their official )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEPUTY INSPECTOR CRAIG EDELMAN, individually and in official capacity, One Police Plaza, New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Aboushi Law Firm PLLC, 1441 Boradway, Ste 5036, NY, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/14/2020              /s/Priscilla Bowens
                              *Signature of Clerk or Deputy Clerk*