UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

DOUNYA ZAYER,

                              Plaintiff,

                         **NOTICE OF APPEARANCE**

-against-

                         20-CV-6070 (ARR) (PK)

CITY OF NEW YORK, et al.,

                              Defendants.
---------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **Erin Teresa Ryan**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, James E. Johnson, attorney for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
         December 22, 2020

                                       JAMES E. JOHNSON
                                       Corporation Counsel of the City of
                                       New York
                                       *Attorney for Defendant City of New York*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-5056

                          By:    */s/ Erin T. Ryan*
                                       Erin Teresa Ryan
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

cc:    Aymen Aboushi, Esq. (By ECF)
       The Aboushi Law Firm
       *Attorney for Plaintiff*