UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zayer, Dounya<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of New York, et. al.<br><br>　　　　Defendants. | Civ. No.: 20-06070-ARR-PK<br><br><br>Notice of Appearance as<br>Co-Counsel |

To: The Clerk of Court and all parties of record:

Please take notice that I am admitted to practice in this Court and I hereby appear in this case as co-counsel for the Plaintiff.

Dated: December 22, 2020
New York, New York

                                              s/Tahanie A. Aboushi
                                              Tahanie A. Aboushi, Esq.
                                              The Aboushi Law Firm
                                              1441 Broadway, 5th Floor
                                              New York, NY 10018
                                              Tel: (212) 391-8500
                                              Fax: (212) 391-8508
                                              Email: Tahanie@Aboushi.com
                                              www.Aboushi.com