AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Deputy Inspector Craig Edelman**
was received by me on *(date)* **12/18/2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Detective Halk**, a person of suitable age and discretion who resides there, on *(date)* **12/18/2020**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/7/2021**

*E White*
Server's signature

**Elijah White, Process Server 2093436-DCA**
Printed name and title

**808 Union Street, 3A Brooklyn NY 11215**
Server's address

Additional information regarding attempted service, etc: