AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Officer Vincent D'Andraia__
was received by me on *(date)* __12/29/2020__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Sgt. Kim #2609__
_____, a person of suitable age and discretion who resides there,
on *(date)* __12/29/2020__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/7/2021__

_E. White_
Server's signature

__Elijah White, Process Server 2093436-DCA__
Printed name and title

__808 Union Street, 3A, Brooklyn NY 11215__
Server's address

Additional information regarding attempted service, etc: