# THE ABOUSHI LAW FIRM

1441 Broadway, 5th Floor, New York, NY 10018

235 Lakeview Avenue, Clifton, NJ 07011

Tel:  212.391.8500                    Fax: 212.391.8508                    www.Aboushi.com

January 13, 2021

Via ECF:

Magistrate Judge Peggy Kuo
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Dounya Zayer v. City of New York, et al.,
        Dkt. No.: 1:20-CV-6070 (ARR)(PK)

Dear Judge Kuo,

Our office represents Plaintiff Dounya Zayer in the above referenced matter. On December 29, 2020, assistant corporation counsel for Defendant City of New York filed a letter motion requesting an extension of time to file an answer on behalf of the City. Your Honor granted the motion and extended Defendant City of New York's answer due date to February 4, 2021.

Thereafter, on January 8, 2021, the undersigned's office filed summons returned executed for the individual defendants Craig Edelman and Vincent D'Andraia. The ECF filing system incorrectly forced their answer due dates to February 4, 2021, despite the fact that no request for an extension has been filed on their behalf. We believe that the February 4, 2021 due date generated by the system is incorrect. Pursuant to F. R. C. P. Rule 12(a)(1)(A)(i), Defendant Craig Edelman's answer is due January 8, 2021 and Defendant Vincent D'Andraia's answer is due January 19, 2021, and we request that the system be updated to reflect same, and/or an order be issued with that clarification.

Should you have any questions, please do not hesitate to contact our office. We thank the Court for its attention to this matter.

Sincerely,

Aymen A. Aboushi, Esq.