UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUNYA ZAYER,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacity.<br><br>   Defendants. | Civil Case No. 1:20-CV-06070 (ARR)(PK)<br><br>**Request for<br>Entry of Default** |

Aymen A. Aboushi, an attorney duly authorized to practice before this Court, hereby makes the following statements with the knowledge that if any are willfully false, I am subject to punishment.

1. I represent the Plaintiff in this matter.

2. Defendant Craig Edelman was served on December 18, 2020. See Dkt. No. 8.

3. The time for Defendant Edelman to file an Answer has expired.

4. Defendant Edelman has failed to Answer or otherwise respond to the Complaint.

5. Defendant Edelman has not appeared in this action or requested an extension of time to answer.

6. Plaintiff respectfully requests that the Clerk enter a default against Defendant Edelman.

Dated: New York, New York
   January 14, 2021

                Respectfully submitted,
                s/ Aymen A. Aboushi, Esq.
                Aymen A. Aboushi, Esq.