UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUNYA ZAYER,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacity.<br><br>   Defendants. | Civil Case No. 1:20-CV-06070 (ARR)(PK)<br><br>**Request for Certificate of Default** |

TO: DOUGLAS C. PALMER
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

  Please enter the default of defendant(s), CRAIG EDELMAN, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of attorney Aymen A. Aboushi, Esq.

Dated: New York, New York
   January 26, 2021

               By: /s/ Aymen A. Aboushi_____
                  Aymen A. Aboushi, Esq.
                  The Aboushi Law Firm, PLLC
                  1441 Broadway, Fifth Floor
                  New York, NY 10018
                  T: (212) 391-8500
                  aymen@aboushi.com