UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUNYA ZAYER,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacity.<br><br>     Defendants. | Civil Case No. 1:20-CV-06070 (ARR)(PK)<br><br>**Request for Certificate of Default** |

TO:   DOUGLAS C. PALMER
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), VINCENT D'ANDRAIA, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of attorney Aymen A. Aboushi, Esq.

Dated: New York, New York
       January 26, 2021

By:   /s/ Aymen A. Aboushi_____
      Aymen A. Aboushi, Esq.
      The Aboushi Law Firm, PLLC
      1441 Broadway, Fifth Floor
      New York, NY 10018
      T: (212) 391-8500
      aymen@aboushi.com