UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUNYA ZAYER,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacity.<br><br>                    Defendants. | Civil Case No. 1:20-CV-06070 (ARR)(PK)<br><br>**Affirmation in Support of Request for Entry of Default** |

Aymen A. Aboushi, an attorney duly authorized to practice before this Court, hereby makes

the following statements with the knowledge that if any are willfully false, I am subject to

punishment.

1. I represent the Plaintiff in this matter.

2. Defendant Vincent D'Andraia was served on December 29, 2020. See Dkt. No. 9.

3. The time for Defendant D'Andraia to file an Answer has expired.

4. Defendant D'Andraia has failed to Answer or otherwise respond to the Complaint.

5. Defendant D'Andraia has not appeared in this action or requested an extension of time to answer.

6. Plaintiff respectfully requests that the Clerk enter a default against Defendant D'Andraia.

Dated:  New York, New York
January 26, 2021

Respectfully submitted,
s/ Aymen A. Aboushi, Esq.
Aymen A. Aboushi, Esq.