UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUNYA ZAYER,<br><br>                Plaintiff,<br><br>vs.<br><br><br>CITY OF NEW YORK, NYPD, OFFICER VINCENT D'ANDRAIA, individually and in official capacity, DEPUTY INSPECTOR CRAIG EDELMAN, individually and in his official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacity.<br><br>                Defendants. | Civil Case No. 1:20-CV-06070 (ARR)(PK)<br><br>**(Proposed)**<br>**Certificate of Default** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant VINCENT D'ANDRAIA has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant VINCENT D'ANDRAIA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
       January 26, 2021

                           DOUGLAS C. PALMER, Clerk of Court


                           By: _____

                                Deputy Clerk