UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DOUNYA ZAYER,

                                         Plaintiff,           **NOTICE OF APPEARANCE**

         -against-

                                                          20-CV-6070 (ARR) (PK)

CITY OF NEW YORK, et al.,

                                         Defendants.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Elissa B. Jacobs**, Senior Corporation Counsel, hereby appears as counsel of record on behalf of the Acting Corporation Counsel of the City of New York, Georgia Pestana, attorney for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
          December 22, 2020

                                                      GEORGIA PESTANA
                                                      Acting Corporation Counsel of the City of New York
                                                      *Attorney for Defendant City of New York*
                                                      100 Church Street
                                                      New York, New York 10007
                                                      (212) 356-3540

                                  By:          /s
                                                 Elissa Beth Jacobs
                                                 Senior Corporation Counsel
                                                 Special Federal Litigation Division

cc:     Aymen Aboushi, Esq. (By ECF)
          The Aboushi Law Firm
          *Attorney for Plaintiff*