UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ x

DOUNYA ZAYER,

                        Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------ x

**ANSWER TO CROSS-CLAIMS**

20-CV-6070 (ARR) (PK)

Jury Trial Demanded

Defendant City of New York, by its attorney, Georgia M. Pestana, Acting Corporation Counsel of the City of New York, for its answer to the cross-claims in co-defendant D'Andraia's answer, dated March 10, 2021, respectfully:

1. Denies the allegations in paragraph "154" of co-defendant's answer.
2. Denies the allegations in paragraph "155" of co-defendant's answer.
3. Denies the allegations in paragraph "156" of co-defendant's answer.
4. Denies the allegations in paragraph "157" of co-defendant's answer.
5. Denies the allegations in paragraph "158" of co-defendant's answer.
6. Denies the allegations in paragraph "159" of co-defendant's answer.
7. Denies the allegations in paragraph "160" of co-defendant's answer.

**FIRST AFFIRMATIVE DEFENSE:**

8. The cross-claims fail to state a claim on which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE:**

9. The cross-claims are premature and not ripe for adjudication.

- 2 -

### THIRD AFFIRMATIVE DEFENSE:

10. In response to the cross-claim for contribution, the liability of defendant City shall be limited to their equitable share in accordance with CPLR Article 16.

### FOURTH AFFIRMATIVE DEFENSE:

11. The cross-claims may be barred in whole or in part by reason of cross-claimant's failure to comply with the requirements of the New York General Municipal Law, §§ 50-e, 50-h and/or 50-i.

### FIFTH AFFIRMATIVE DEFENSE:

12. The cross-claims are barred by governmental immunity because the duties and functions of the City's officials concerning the questions of defense or indemnity under G.M.L. 50-k entail the reasonable exercise of proper and lawful discretion, and therefore, the City has governmental immunity from liability under state law.

### SIXTH AFFIRMATIVE DEFENSE:

13. Any injury alleged to have been sustained resulted from cross-claimant's own culpable or negligent conduct or the culpable or negligent conduct of third parties, and was not the proximate result of any act of City defendants.

**WHEREFORE,** defendant City of New York requests judgment dismissing the cross-claims in their entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
March 24, 2021

                                              GEORGIA M. PESTANA
Acting Corporation Counsel
of the City of New York
*Attorney for Defendants City and Edelman*
100 Church Street
New York, New York 10007
(212) 356-5056

                                               /s/

By: _____
                        Erin Teresa Ryan
                        Assistant Corporation Counsel
                        Special Federal Litigation Division

To: All Counsel (by ECF)